[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 16, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-11818
Non-Argument Calendar

_____

D. C. Docket No. 06-00462-CR-T-27EAJ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN LUIS GUTIERREZ-CASAS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(January 16, 2008)

Before CARNES, BARKETT and HILL, Circuit Judges

PER CURIAM:

Howard C. Anderson, appointed counsel for Juan Luis Gutierrez-Casas in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Gutierrez-Casas's conviction and sentence are **AFFIRMED**.